UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAUREN BRIDGES, as Guardian of
her minor child SB, a North Carolina
resident,

      Plaintiff,

v.

MAXUM INDEMNITY COMPANY,
a Connecticut domiciled insurer, STARSTONE
SPECIALTY INSURANCE COMPANY,
a Delaware domiciled insurer, and LANDMARK
AMERICAN INSURANCE COMPANY,

      Defendants.

Case No. 24-cv-10139
Hon. Matthew F. Leitman

_____

# **FINAL JUDGMENT**

Counsel for Plaintiff and Defendant StarStone Specialty Insurance Company ("StarStone") have stipulated to the dismissal without prejudice of Plaintiff's claims against Defendant StarStone (ECF No. 35, PageID.766-767) and the last remaining claims in this case are resolved.

Accordingly, for the reasons stated in the Court's Opinion and Order dated November 5, 2024 (ECF No. 33), Final Judgment is entered in favor of Defendant Maxum Indemnity Company ("Maxum") and Defendant Landmark American Insurance Company ("Landmark").

All claims having been decided or otherwise resolved, this action is CLOSED.

**IT IS SO ORDERED AND ADJUDGED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: September 22, 2025

Stipulated as to form only:

| | |
|---|---|
| */s/ Douglas Young* <br> Douglas Young (P43808) <br> YOUNG INSURANCE LAW <br> Attorney for Plaintiff <br> 117 W. 4th Street Suite 201 <br> Royal Oak, MI 48067 <br> (313) 983-1235 <br> dyoung@younginsurancelaw.com <br><br> */s/ Elaine M. Pohl with permission* <br> Elaine M. Pohl (P60359) <br> Attorneys for Defendant Maxum Indemnity Company <br> PLUNKETT COONEY <br> 38505 Woodward Avenue, Suite 2000 <br> Bloomfield Hills, MI 48304 <br> (248) 901-4000 <br> epohl@plunkettcooney.com | */s/ Carole D. Bos with permission* <br> Carole D. Bos (P33638) <br> Attorneys for Defendant StarStone Specialty Insurance Company <br> Cunningham Dalman, P.C. <br> 321 Settlers Road, P.O. Box 1767 <br> Holland, MI 49422-1767 <br> (616) 382-1821 <br> carole@cunninghamdalman.com <br><br> */s/ Brian C. Bassett with permission* <br> Brian C. Bassett <br> Jason Taylor (P85247) <br> Attorneys for Defendant Landmark American Insurance Company <br> Traub Lieberman Straus & Shrewsberry, LLP <br> 303 W. Madison Street, Suite 1200 <br> Chicago, IL 60606 <br> (312) 332-3900 <br> bbassett@trauliberman.com <br> jtaylor@traubliberman.com |

Dated: September 22, 2025